FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 JUL 18  AM 10: 54

CLERK_____
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | INFORMATION CR411 210 |
| ) | |
| ) | |
| v.                                ) | VIO:   18 U.S.C. § 4 |
| ) | Misprision of Felony |
| ) | |
| **KELVIN J. FRAZIER**              ) | |
| Defendant.                        ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Introduction**

At all times material to this information:

1.     Defendant **Kelvin J. Frazier** was a Savannah-Chatham Metropolitan (SCMPD) Police Officer.

2.     SCMPD Officers who held off-duty security jobs were required to wear their SCMPD uniforms and carry their SCMPD-issued firearms.

3.     Defendant **Kelvin J. Frazier** worked off-duty providing security for a Savannah area night club.

### COUNT ONE
*Misprision of Felony*
*18 U.S.C. § 4*

4.     Paragraphs 1 through 3 of the Introduction are incorporated by reference as if fully set forth herein.

5.     On or about May 22, 2010, in Chatham County, within the Southern District of

1

Georgia, the Defendant, **Kelvin J. Frazier**, having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, extortion through the wrongful use of threatened force, violence, fear, and under color of official right in violation of Title 18, United States Code, Section 1951, did conceal evidence of the same, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

    All done in violation of Title 18, United States Code, Section 4.


Edward J. Tarver
United States Attorney


James D. Durham *                               * Denotes lead counsel
First Assistant United States Attorney