# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION
#### ENTRY OF PLEA/ WAIVER OF INDICTMENT

CASE NO. **CR411-210-01**                          JUDGE CODE **3J07**

**UNITED STATES OF AMERICA**                       **JAMES D. DURHAM**
                                                   ASSISTANT U. S. ATTORNEY
VS.

**KELVIN J. FRAZIER**                              **KAREN DOVE BARR**
DEFENDANT                                          COUNSEL FOR DEFENDANT

**BODAFORD**                                       DATE: **JULY 27, 2011**
COURTROOM DEPUTY CLERK

**COWART**                                         PLACE: SAVANNAH, GA
COURT REPORTER

U. S. MARSHAL/CSO

Mark , Jimmy

| | | | |
|---|---|---|---|
| DEFENDANT SWORN | ✓ | INFORMATION ✓  INDICTMENT _ | |
| BACKGROUND INFO. | ✓ | POSSIBLE SENTENCE NOTED | ✓ |
| PRESUMPTIONS NOTED | ✓ | PLEA AGREEMENT VERIFIED | ✓ |
| BURDEN OF PROOF INFO. | ✓ | PLEA AGREEMENT REVIEWED | ✓ |
| WAIVER OF RIGHTS | ✓ | VOLUNTARINESS DISCUSSED | ✓ |
| GUILTY PLEA EXPLAINED | ✓ | GUILT ADMITTED | ✓ |
| WAIVER OF DEFENSES | ✓ | FINDINGS ON RECORD | ✓ |
| SATISFACTION W/ATTORNEY | ✓ | GOVERNMENT PROFFER | ✓ |
| ESSENTIAL ELEMENTS | ✓ | DEFENDANT'S STATEMENT | ✓ |

DEFENDANT PLEADS TO COUNT(S) _____1_____

NOLLE PROSSE AS TO COUNT(S) _____

DEFENDANT REMANDED TO CUSTODY _____ REMAINS ON BOND ✓

PROBATION TO COMMENCE PRE-SENTENCE INVESTIGATION ✓

U. S. PROBATION OFFICER _____Frost_____

TIME: 10:41 - 11:16                    Joshua Hayes -
                                       11:09 - 11:13

Δ released on
$ 10,000.00 OR BOND

# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2011

_____
*Foreman*

## PLEA

The defendant, Kelvin J. Frazier , waives arraignment and pleads guilty

in open Court, this 27th day of July , 2011

_____
*Counsel for Defendant*

X _____
*Defendant*

---

**No. CR411 210**

United States District Court
Southern District of Georgia

Savannah Division

UNITED STATES

vs.

KELVIN J. FRAZIER

## INFORMATION

FOR

18 U.S.C. § 4

Filed in open Court this 18th day

of July, 2011

_____
*Deputy Clerk*

EDWARD J. TARVER
*United States Attorney.*

USA-40-21-3

---

## PLEA

The defendant(s) _____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of

counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____ .

In open court this _____ day of _____, 2011.

_____

_____

_____

_____

Witness:

_____
*Clerk, United States Courts*