FILED
U.S. DISTRICT COURT
2011 JUL 27 AM 11:50

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR    CR411-210 |
| KELVIN J. FRAZIER | : | |

## AFFIDAVIT

NOW COMES the above-stated defendant, and gives this affidavit stating that the address set forth in the above referenced case will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that she/he will immediately notify the Clerk's office for the Southern District of Georgia of any change in the address stated on the appearance bond, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that she/he moves without notifying the Clerk's office by an acceptable writing of a new address.

This 27 day of July, 2011

_____
Defendant

10 Kona Lane
Address

Savannah, GA 31419
City, State, Zip Code

_____
Home Phone Number

(912) 507-8613
Work Phone Number

Sworn to and subscribed before me
this 27 day of July, 2011

_____